
RECEIVED
IN MONROE, LA
AUG 14 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 66-12071 |
| VERSUS | JUDGE ROBERT G. JAMES |
| LINCOLN PARISH SCHOOL BOARD, ET AL. | MAG. JUDGE KAREN L. HAYES |

## MEMORANDUM ORDER

This school district operates under a long-standing desegregation decree. Under *Swann v. Charlotte-Mecklenburg Bd. of Educ.*, 402 U.S. 1 (1971), school officials have a "continuing duty to eliminate the system-wide effects of earlier discrimination and to create a unitary school system untainted by the past." *Ross v. Houston Independent School Dist.*, 699 F.2d 218, 225 (5th Cir. 1983) (citing *Swann*, 402 U.S. at 15). This Court is required to "retain jurisdiction until it is clear that state-imposed segregation has been completely removed." *Id.* (citing *Green v. New Kent County School Bd.*, 391 U.S. 430, 439 (1968); *Raney v. Bd. of Educ.*, 391 U.S. 443, 449 (1968)).

Upon review of this matter, the Court finds that there has been some apparent confusion about the School Board's reporting requirements. Accordingly, the Court, upon its own motion, hereby AMENDS the standing Decree and amendments thereto as follows:

> On or before October 15th of each calendar year, beginning in 2008, the School Board shall submit to the Court an annual report, which contains the following:
>
> (A) The enrollment by grade and race for each school for the current school year; and
>
> (B) For each school, the name and race of each teacher employed for the current school year.
>
> To the extent that any School Board has entered into a formal or informal reporting

agreement with the United States Department of Justice or the United States Department of Education, Civil Rights Division, the Court does not intend to change, terminate, or otherwise affect any such agreements.

Any party desiring a status conference to discuss the Court's amendment to the reporting requirements may file the appropriate motion.

MONROE, LOUISIANA, this 14th day of August, 2008.

*Robert G. James*
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE: 8-14-08
BY: DO
TO: Emailed

J. Gulce
K. Vincent

Faxd
J. Marshall

2