UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) |
| Plaintiff, | ) No. 3:66-cv-12071 <br> ) |
| v. | ) JUDGE ROBERT G. JAMES <br> ) MAG. JUDGE KAREN L. HAYES |
| LINCOLN PARISH SCHOOL BOARD, *et al.*, | ) <br> ) |
| Defendants. | ) <br> ) |

## MOTION FOR FURTHER RELIEF
## BY PLAINTIFF UNITED STATES OF AMERICA

Plaintiff United States of America (the "United States") hereby moves for further relief against all defendants in the above-captioned matter for the purpose of enforcing and modifying the operative desegregation orders governing the public laboratory schools at Defendants Grambling State University ("Grambling") and Louisiana Tech University ("Louisiana Tech") (collectively, the "Universities"), which are operated by the State of Louisiana through Defendants Board of Elementary and Secondary Education, State Superintendent of Education, Board of Regents, and the University of Louisiana System (collectively, the "State Defendants"), and the Universities, with the substantial involvement of Defendant Lincoln Parish School Board (the "Board").  In support of this Motion, the United States submits the accompanying Memorandum of Law and states the following:

1. The laboratory schools have been an integral part of the system of public education serving Lincoln Parish for nearly 100 years.

2. The laboratory schools at Grambling were formed and operated as *de jure* segregated black schools prior to *Brown v. Board of Education*, 347 U.S. 483 (1954), and have

remained one-race, racially identifiable "black" schools since *Brown* in terms of students and faculty.

3.  A.E. Phillips Laboratory School at Louisiana Tech was formed and operated as a *de jure* white school prior to *Brown* and has remained a racially identifiable "white" school since *Brown* in terms of students and faculty.

4.  In 1980, this Court added the Universities and State Defendants as defendants to this action for the purposes of desegregating the lab schools. Order, Feb. 12, 1980 (attached to Mem. of Law as Ex. 14); Order, Apr. 30, 1980 (attached to Mem. of Law as Ex. 18).

5.  On June 26, 1980, this Court noted that "[t]he state became involved in this action because the laboratory schools are run by the Louisiana State Board of Education and the respective university officials" and that "[t]he racial composition of these two [lab] schools became an issue in the Lincoln Parish School Board case" because of the Board's role in allocating funds and materials to the lab schools, providing transportation to their students, and approving faculty selections. June 26, 1980 Minute Entry (attached to Mem. of Law as Ex. 19).

6.  On July 13, 1984, this Court approved a Consent Decree, signed by the United States, the Board, the State of Louisiana, and the lab schools, containing a plan intended to desegregate the lab schools. July 13, 1984 Consent Decree (attached to Mem. of Law as Ex. 1).

7.  Defendants' implementation of the 1984 Consent Decree failed to desegregate the lab schools. The lab schools remain racially identifiable in terms of student assignment/enrollment and faculty. Disparities in facilities and quality of education between the lab schools at Grambling and Louisiana Tech, and between the lab schools and the public schools operated by the Board in Lincoln Parish, reinforce the racial identifiability of the lab schools.

8.      Currently, as at the time of the 1984 Consent Decree, the lab schools are located at and operated by the Universities, under the control and supervision of the State Defendants, with the substantial involvement of the Board in various aspects of their funding and operations.

9.      Through the continued operation of the racially identifiable lab schools under their various roles in operating and funding the lab schools, all defendants are perpetuating the vestiges of the formerly dual system of public schools serving Lincoln Parish and its neighboring communities and collectively share the responsibility for failing to desegregate the lab schools.

10.     Given the failure of the 1984 Consent Decree to desegregate the lab schools, the Constitution requires that this Court order further relief that realistically promises to desegregate those schools now.

Based on the foregoing, the United States requests that the Court find that: (1) the lab schools at Grambling and Louisiana Tech have not been desegregated, and their continuing operation as racially identifiable public schools is a vestige of *de jure* segregation in the system of public schools serving Lincoln Parish, Louisiana; (2) further relief is necessary to desegregate the lab schools, and to fully eradicate the vestiges of *de jure* segregation in the public schools serving the children of Lincoln Parish; (3) the Universities, the State, and the Board, which each play important functions in the financing and operations of the lab schools, must all be involved in resolving these issues by devising and implementing a new desegregation plan by the beginning of the 2014-2015 school year, reflective of each party's varying and respective roles and responsibilities related to the lab schools, which would supersede the 1984 Consent Decree; and (4) the Court order such other and further relief as it deems appropriate to desegregate the lab schools and eliminate the remaining vestiges of segregation in the public school system

serving Lincoln Parish.  The United States further requests that this Court approve the relief set forth in the proposed order attached to this Motion.

| | |
|---|---|
| Dated:  May 13, 2013 | Respectfully submitted, |
| STEPHANIE A. FINLEY<br>United States Attorney<br>Western District of Louisiana | THOMAS E. PEREZ<br>Assistant Attorney General<br>Civil Rights Division |
| s/ Katherine W. Vincent<br>KATHERINE W. VINCENT (#18717)<br>Assistant United States Attorney<br>800 Lafayette Street, Suite 2200<br>Lafayette, LA  70501-6832<br>Telephone:  (337) 262-6618<br>Fax:  (337) 262-6693 | s/ Joseph J. Wardenski<br>ANURIMA BHARGAVA<br>FRANZ R. MARSHALL<br>JOSEPH J. WARDENSKI (NY #4595120)<br>JONATHAN D. NEWTON<br>Educational Opportunities Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW, PHB 4300<br>Washington, D.C.  20530<br>Telephone:  (202) 514-4092<br>Fax:  (202) 514-8337<br>joseph.wardenski@usdoj.gov |