UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

UNITED STATES OF AMERICA,           No. 3:66-cv-12071

       v.           JUDGE ROBERT G. JAMES

LINCOLN PARISH SCHOOL BOARD, ET AL.,

### ORDER

Based a review of the record and on the Court's knowledge of this case,

IT IS HEREBY ORDERED that the Motion to Intervene by the Grambling High Foundation, Inc., ("GHF") [Doc . No. 213] is GRANTED. GHF is permitted to intervene as a defendant in this case, pursuant to Fed. R. Civ. P. 24(b), for the purpose of working with Plaintiff United States of America to draft a consent decree that includes a plan for the transfer and operation of the proposed charter school which is reasonably calculated to address the goals of desegregation. GHF's acceptance of the transfer and operation of the proposed charter school is subject to Grambling State University's desegregation obligations, and GHF is to operate the proposed charter school consistent with this Court's orders and with all extant and applicable federal laws. Grambling State University remains a defendant in this case to facilitate the transfer of operations and to assist the Court with any issues that may arise with the charter school.

MONROE, LOUISIANA, this 19th day of July, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE