UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN PARISH SCHOOL BOARD (LOUISIANA TECH UNIVERSITY), *et al.*,<br><br>Defendants. | No. 3:66-cv-12071<br><br>JUDGE ROBERT G. JAMES |

**STATUS REPORT**

In response to the Court's October 11, 2019 minute entry [Doc. 365] and in lieu of a status conference concerning the A.E. Phillips Laboratory School ("A.E. Phillips"), Plaintiff United States of America ("United States") and Defendant Louisiana Tech University ("Louisiana Tech") jointly submit this Status Report concerning the desegregation of A.E. Phillips.

1. On November 1, 2016, the Court entered a Consent Order [Doc. 254] ("Consent Order") to address the outstanding desegregation issues at A.E. Phillips. The Consent Order, among other things, contemplates the expansion of A.E. Phillips' facilities to two classrooms per grade level, which would enable the school to retain its sibling admissions preference and meet A. E. Phillips' black student enrollment goals.

2. Specifically, to retain A.E. Phillips' sibling preference and fulfill its desegregation obligations, the Consent Order requires Louisiana Tech to add a second kindergarten classroom for the 2018-2019, 2019-2020, and 2020-2021 school years. *See* Consent Order, Part IV.A.2 at 20–22.

3. Louisiana Tech complied with this provision of the Consent Order by converting its planetarium into two classrooms, which enabled A.E. Phillips to add a second kindergarten class for the 2018-2019 school year. *See* Joint Status Report ¶ 5, Dec. 19, 2017 [Doc. 304].

4. During the 2019-2020 school year, Louisiana Tech further complied with this provision of the Consent Order by renovating a building near A.E. Phillips' campus that formerly contained Louisiana Tech's College of Education IDEA Place. This, in turn, enabled A.E. Phillips to admit two kindergarten classes for the 2019-2020 school year. Upon completion of the renovations in early 2020 (i.e., the beginning of the second semester), the IDEA Place will house two large, modern classrooms for A.E. Phillips' students. In the interim, A.E. Phillips is currently using space in Woodard Hall at the College of Education to operate two classrooms temporarily for the first semester of the 2019-2020 school year.

5. Pursuant to the Consent Order, A.E. Phillips must also enroll two kindergarten classes at the beginning of the 2020-2021 school year. Therefore, as of the 2020-2021 school year, A.E. Phillips will have two classes at each grade level with the exception of the seventh grade, which will have one class during that school year. As that class of seventh grade students advances to eighth grade and ultimately graduates at the end of the 2021-2022 school year, A.E. Phillips will be able to complete its expansion to two classes per grade level by enrolling two kindergarten classes for the 2022-2023 school year.

6. To accommodate increased enrollment at A.E. Phillips, Louisiana Tech is seeking funding to construct an additional building that would house a new multipurpose room, cafeteria, and choral/music room. This would enable A.E. Phillips to convert the existing multipurpose room and cafeteria into additional new classrooms.

7. On October 9, 2019, Louisiana Tech filed its annual report regarding the desegregation of A.E. Phillips for the 2019-2020 school year, as required by the Consent Order. *See* Consent Order, Part V.A at 28–29.

8. In its annual report, A.E. Phillips stated that it enrolled 106 black students (25.9%) out of 410 total students for the 2019-2020 school year. *See* Exhibit A, Louisiana Tech 2019 Report at 1 [Doc. 363-1]. Thus, A.E. Phillips did not meet the 28% black student enrollment target for the 2019-2020 school year, falling short of the goal by 2.1 percentage points. *See* Consent Order, Exhibit A at A-1. The Consent Order established a final black student enrollment goal of 29.7% by the 2020-2021 school year. *See id.*

9. Prior to the filing of the 2019 annual report, the United States and Louisiana Tech conferred regarding the classification of the racial demographics of A.E. Phillips' students and exchanged letters memorializing the parties' respective positions.

10. The United States maintains that under the plain meaning of the Consent Order and in the context of this longstanding school desegregation case, "black" students are students who self-identify only as "black" on their enrollment forms. *See* Consent Order 10–17, 29, Exhibit A, Nov. 1, 2016 [Doc. 254]. Similarly, "white" students are students who self-identify only as "white." Therefore, the United States maintains that to the extent A.E. Phillips' students self-identify as (i) a race other than "white" or "black," or (ii) multiracial (including "black" and "white," "Hispanic" and "white," or "Hispanic" and "black"), such students should be classified as "other race" for the purposes of Louisiana Tech's compliance with the Consent Order.

11. A.E. Phillips maintains that "the Consent Order is unclear as to the proper way to report multiracial students" and that, if it had been aware of this issue, "A.E. Phillips may have made admissions adjustments" to meet the black student enrollment targets.

12. Nevertheless, Louisiana Tech agreed that—beginning with the 2019-2020 school year and for all future annual reports—it would classify the racial demographics of A.E. Phillips' students consistent with the method outlined in Paragraph 10 above. Louisiana Tech and the United States also agreed that each party reserves the right to seek relief from the Court regarding the appropriate method of counting the racial demographics of A.E. Phillips' students if this issue becomes relevant in any future proceeding.

13. Therefore, the reported number and percentage of black students attending A.E. Phillips for the 2019-2020 school year—106 and 25.9%, respectively—does not include the 12 students who self-identified as black and one or more other races.

14. After reviewing Louisiana Tech's annual report, the United States' counsel and experts, Dr. Claire Smreker and Mr. Frank Brewer, conducted a site visit at A.E. Phillips on October 30, 2019. The United States' counsel and experts also met with Louisiana Tech's counsel, Dean of the College of Education (Dr. Donald N. Schillinger), and A.E. Phillips' Director (Dr. Jenny Blalock) to discuss Louisiana Tech's compliance with the Consent Order.

15. During the site visit, the United States' counsel expressed continued concern regarding the low number of full-time, black faculty at A.E. Phillips. All four of A.E. Phillips' newly hired full-time teachers for the 2019-2020 school year are white. Therefore, the percentage of black faculty at A.E. Phillips is still 7% (i.e., two black teachers out of twenty-nine total teachers), which has remained the same since the 2015-2016 school year (i.e., prior to entering the Consent Order).

16. A.E. Phillips' Director explained that the teacher vacancies occurred unexpectedly during the summer 2019, which resulted in a condensed hiring process that may have inhibited the school's ability to attract a diverse pool of qualified applicants—particularly

qualified black applicants—because most qualified teachers had already secured positions for the upcoming school year. Nevertheless, A.E. Phillips and Louisiana Tech indicated that they are exploring additional ways to increase the number of qualified black applicants in A.E. Phillips' full-time teacher hiring pool to address this issue and plan to incorporate A.E. Phillips' full-time faculty hiring into Louisiana Tech's equal opportunity / affirmative action hiring process.

17. On November 22, 2019, the United States sent Louisiana Tech a request for a Supplemental Report, seeking additional information regarding several areas of A.E. Phillips' operations, including documentation regarding the school's faculty hiring process and affirmative outreach. Louisiana Tech and A.E. Phillips requested a deadline of December 18, 2019, to respond to the Supplemental Report request because of Louisiana Tech's holiday break and other time constraints. The United States consented to Louisiana Tech's request.

Respectfully submitted, this 11th day of December, 2019.

FOR PLAINTIFF UNITED STATES OF AMERICA:

DAVID C. JOSEPH
United States Attorney
Western District of Louisiana

KATHERINE W. VINCENT (#18717)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501-6832
Telephone: (337) 262-6618
Fax: (337) 262-6693

ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division

s/ *Jonathan D. Newton*
SHAHEENA A. SIMONS
FRANZ R. MARSHALL
JONATHAN D. NEWTON (NY #4622452)
TERESA YEH
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW, PHB 4300
Washington, D.C. 20530
Telephone: (202) 514-4092
Fax: (202) 514-8337

FOR DEFENDANT LOUISANA TECH UNIVERSITY:

*s/ Justin Kavalir*
Justin K. Kavalir, Bar Roll # 35505
Attorney for Louisiana Tech University
Louisiana Tech University
P.O. Box 3168, Ruston, LA 71272
Phone: 318-257-2769
Fax: 318-257-2928
Email: jkavalir@latech.edu

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 11th day of December, 2019, I served an electronic copy of the foregoing Status Report via the electronic filing system of the United States District Court for the Western District of Louisiana to all counsel of record.

s/ *Jonathan D. Newton*
JONATHAN D. NEWTON (NY# 4622452)