UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | No. 3:66-cv-12071 |
| v. | ) ) ) | JUDGE ROBERT G. JAMES |
| LOUISIANA TECH UNIVERSITY, *et al.*, | ) ) | MAGISTRATE JUDGE KAREN HAYES |
| Defendants. | ) ) ) | |

**LOUISIANA TECH UNIVERSITY'S ANNUAL REPORT
FOR THE 2020-2021 A.E. PHILLIPS' SHOOL YEAR**

COMES NOW the Defendant, Louisiana Tech University ("Louisiana Tech"), by and through its undersigned counsel and hereby files its October 15 Report for the 2020-2021 school year as required by Section V.A. of the Consent Order entered by this Court on November 1, 2016, (ECF No. 254). As ordered, Louisiana Tech has also produced the annual report to the United States through the Department of Justice. Specifically, Louisiana Tech reports the following on the corresponding exhibits:

a. The number and percentage of all students by race separately for each grade level and by total school-wide enrollment. See Exhibit B.

b. For the current school year, the net difference in the number and percentage of black students school-wide and by grade level in comparison to the previous school year and projected black student enrollment through the 2020-2021 school year. See Exhibit A.

c. A spreadsheet with a list of all students with separate columns identifying each student's assigned homeroom teacher, name, race, grade, the Parish in which the student resides, whether the student is eligible for and/or receiving free or reduced price student meals under the federal guidelines, and the amount, if any, of any scholarship or tuition waiver or reduced tuition charge for each student. See Exhibit C. **Per the Consent Order, Exhibit C shall be filed under seal.**

d. A list of all administrators, teachers, and certificated staff, indicating each employee's job title, position, and race, whether the individual is an employee of Louisiana Tech or LPSB, whether the employee was newly hired or assigned to A.E. Phillips for the current school year, and the percentage of faculty and staff school-wide by race. See Exhibit D.

e. A narrative description of A.E. Phillips' and Louisiana Tech's efforts to reduce barriers to black student enrollment and to further its desegregation efforts, specifically with respect to student enrollment, facilities, faculty, and staff. See Exhibit E.

This October 15 Report is the final report contemplated in the Consent Order per Section V.A.  Pursuant to Section VI of the Consent Order, Defendant Louisiana Tech University intends to move for dismissal of this Court's supervision of A.E. Phillips following ninety days after submission of this report.

WHEREFORE, Defendant, Louisiana Tech University, respectfully submits this October 15 Report and prays that this Court accepts the same and grants any and all other legal and equitable relief to which the Defendant is entitled.

DATED this 12th day of October 2020.

/s/ Justin Kavalir
Justin K. Kavalir, Bar Roll # 35505
Attorney for Louisiana Tech University
Louisiana Tech University
P.O. Box 3168, Ruston, LA 71272
Phone: 318-257-2769
Fax:    318-257-2928
Email:  jkavalir@latech.edu

## **CERTIFICATE OF SERVICE**

The foregoing document was filed with the Court electronically through the CM/ECF system this 12th day of October, 2020, causing all parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

*/s/ Justin Kavalir*
Justin K. Kavalir, Bar Roll # 35505
Attorney for Louisiana Tech University
Louisiana Tech University
P.O. Box 3168, Ruston, LA 71272
Phone: 318-257-2769
Fax:    318-257-2928
Email:  jkavalir@latech.edu